# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2019

## NO. 03-19-00103-CR

### Ex parte Jeanette Stevens

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Jeanette Stevens has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Jeanette Stevens to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.